No. 2,355.—POINDEXTER & ORR LIVE STOCK CO., RE-SPONDENT, *v.* TERRENCE FLYNN ET AL., APPELLANTS.

*Appeal from District Court, Beaverhead County; Lew L. Callaway, Judge.*

Decided October 6, 1906.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, for the reason that the transcript had not been filed in time, is hereby sustained and the appeal dismissed.

*Mr. Edwin Norris,* and *Mr. T. B. Poindexter,* for Respondent.

---

No. 2,356.—TERRENCE FLYNN ET AL., APPELLANTS, *v.* POINDEXTER & ORR LIVE STOCK CO., RESPONDENT.

*Appeal from District Court, Beaverhead County; Lew L. Callaway, Judge.*

Decided October 6, 1906.

PER CURIAM.—Upon motion of respondent the appeal herein is hereby dismissed, the transcript not having been filed in time.

*Mr. Edwin Norris,* and *Mr. T. B. Poindexter,* for Respondent.